```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANNY LEE,

                          Plaintiff,                        20-CV-2956 (PGG)(SN)

      -against-                                  **ORDER**

ANDREW SAUL, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

                        Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    This case was referred to my docket for general pretrial supervision on September 1, 2020. According to the docket, service was executed upon the defendant on May 18, 2020, and defendant's answer was due July 17, 2020. To date, defendant has not appeared.

    The Court directs an attorney from the Southern District of New York to file a status letter by no later than Wednesday, September 16, 2020, regarding its appearance in this matter. The Clerk of Court is respectfully directed to mail a copy of this Order to the Civil Division of the U.S. Attorney's Office for the Southern District of New York.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:       September 3, 2020
                 New York, New York