```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANNY LEE,

                                 Plaintiff,                      20-CV-2956 (PGG)(SN)

              -against-                                      **ORDER**

ANDREW SAUL, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

                                Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to Judge Gardephe's December 8, 2020 Order, Plaintiff's opposition papers to Defendant's motion to dismiss the complaint were to be filed by January 25, 2021. ECF No. 20. On January 25, 2021, Plaintiff instead filed an amended complaint. ECF No. 22. In light of Plaintiff's filing, Defendant shall file a letter by February 5, 2021, informing the Court as to whether he consents to the filing of the amended complaint and whether he would like his pending motion to dismiss to be considered against the amended complaint or whether Defendant intends to file a new motion.

      Plaintiff is also reminded that he shall not file any additional amended complaints without first seeking leave of Court.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:      January 28, 2021
                New York, New York