```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**DANNY LEE,**

                        **Plaintiff,**                      20-CV-02956 (PGG)(SN)

           -against-                                        <u>**ORDER**</u>

**ANDREW SAUL, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,**

                        **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of Defendant's request to consolidate this case with related case 19-cv-06553-PGG-SN, a conference is scheduled for Thursday, February 11, 2021, at 1:00 p.m. to occur telephonically. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
DATED:    February 4, 2021              United States Magistrate Judge
               New York, New York